**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY LOPEZ, | No. 2:17-CV-1451-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| LASSEN JACKSON COMMUNITY PARTNERS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Defendants have filed a motion to dismiss, noticed for hearing on January 8, 2019. On the court's own motion, the hearing is rescheduled to the following day, January 9, 2019, at 10:00 a.m. before the undersigned at 2986 Bechelli Lane, Redding, California. The parties may appear telephonically through CourtCall. The initial scheduling conference set for November 28, 2018, is vacated pending resolution of defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: October 23, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1