# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY LOPEZ, | No. 2:17-CV-1451-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| LASSEN JACKSON COMMUNITY PARTNERS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court are defendants' motions to dismiss (Docs. 14 and 15). No oppositions to the pending motions have been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for January 9, 2019, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: January 2, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1