IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LASSEN JACKSON COMMUNITY PARTNERS, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1451-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On February 11, 2019, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2019, are adopted in full;

2. The unopposed motion to dismiss by defendants Lassen Jackson Community Partners, Amand Kannan, MBS Property Management, Inc., The Beneficial Housing Foundation, and WNC Development Partners (Doc. 14) is granted;

3. The unopposed motion to dismiss by defendant North American Risk Services (Doc 15) is denied without prejudice to renewal upon the filing of a first amended complaint;

4. Plaintiff's complaint is dismissed with leave to amend;

5. Plaintiff's motion (Doc. 24) is denied;

6. Plaintiff shall file a first amended complaint within 30 days of the date of this order; and

7. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: April 25, 2019.

_____
UNITED STATES DISTRICT JUDGE